| PROB 12C (Rev. 08/18) | **VIOLATION REPORT PART 1: PETITION FOR WARRANT** | **U. S. Probation Office** Eastern District of Michigan | **PACTS** 5230043 | **DATE** 11/08/2024 |
|---|---|---|---|---|
| **NAME** STARR, Nicole Lynn | | **OFFICER** Eric S. Olmstead | **JUDGE** Shalina D. Kumar | **DOCKET #** 22-CR-20549-01 |

| ORIGINAL SENTENCE DATE | SUPERVISION TYPE | CRIMINAL HISTORY CATEGORY | TOTAL OFFENSE LEVEL | PHOTO |
|---|---|---|---|---|
| 05/28/2019 | Supervised Release | III | 27 | |
| **COMMENCED** 01/20/2022 | | | | |
| **EXPIRATION** 01/19/2025 | | | | |

| ASST. U.S. ATTORNEY | DEFENSE ATTORNEY |
|---|---|
| Christopher Rawsthorne | To Be Determined |

**REPORT PURPOSE**

**TO ISSUE A WARRANT**

**ORIGINAL OFFENSE**

Count 1: 21 U.S.C. §§ 846 and 841(a)(1), (b)(1)(C); Conspiracy to Distribute with Intent to Distribute Cocaine and Cocaine Base

**SENTENCE DISPOSITION**

Custody of the Bureau of Prisons for a term of 57 months, to be followed by a three-year term of supervised release.

Name of Sentencing Judicial Officer: Honorable Paul L. Maloney, Western District of Michigan. Jurisdiction accepted by the Honorable Shalina D. Kumar on October 26, 2022.

**ORIGINAL SPECIAL CONDITIONS**

1. You must participate in a program of testing and treatment of substance abuse, as directed by the probation officer, and follow the rules and regulations of that program until such time as you are released from the program by the probation officer and must pay at least a portion of the cost according to your ability, as determined by the probation officer.
2. You must not use/possess any alcoholic beverages and must not frequent any establishments whose primary purpose is the sale/serving of alcohol.
3. You must participate in a program of mental health treatment, as directed by the probation officer, and follow the rule and regulations of that program, until such time as you are released from the program by the probation officer and must pay at least a portion of the cost according to your ability, as determined by the probation officer.
4. You must provide the probation officer with access to any requested financial information and authorize the release of any financial information. The probation office will share financial information with the U.S. Attorney's Office.

| PROB 12C (Rev. 08/18) | **VIOLATION REPORT PART 1: PETITION FOR WARRANT** | **U. S. Probation Office** Eastern District of Michigan | PACTS 5230043 | DATE 11/08/2024 |
|---|---|---|---|---|
| **NAME** STARR, Nicole Lynn | | **OFFICER** Eric S. Olmstead | **JUDGE** Shalina D. Kumar | **DOCKET #** 22-CR-20549-01 |

5. You must not possess or be the primary user of any cellular phone without prior permission from the probation officer. If given permission to use/possess a cell phone, you must provide the number to the probation officer and the pho0ne must be maintained in your name or another name approved in advance by the probation officer.
6. You must provide the probation officer with your monthly cellular and home telephone bills with each monthly report form and must report any cellular telephone you have used or own on each report form.

Criminal Monetary Penalty: Special Assessment $100.00 (paid).

The probation officer believes that the offender has violated the following conditions of Supervised Release:

| VIOLATION NUMBER | NATURE OF NONCOMPLIANCE |
|---|---|
| 1 | **Violation of Standard Condition No. 5:** "YOU MUST LIVE AT A PLACE APPROVED BY THE PROBATION OFFICER. IF YOU PLAN TO CHANGE WHERE YOU LIVE OR ANYTHING ABOUT YOUR LIVING ARRANGEMENTS (SUCH AS THE PEOPLE YOU LIVE WITH), YOU MUST NOTIFY THE PROBATION OFFICER AT LEAST 10 DAYS BEFORE THE CHANGE. IF NOTIFYING THE PROBATION OFFICER IN ADVANCE IS NOT POSSIBLE DUE TO UNANTICIPATED CIRCUMSTANCES, YOU MUST NOTIFY THE PROBATION OFFICER WITHIN 72 HOURS OF BECOMING AWARE OF A CHANGE OF EXPECTED CHANGE."<br><br>Home visits were attempted at STARR's home in Gladwin, Michigan on August 16, 2024, September 12, 2024, and October 21, 2024. Phone contact was also attempted with STARR on those same dates, in addition to September 23, 2024.<br><br>A letter was mailed to STARR's home on October 15, 2024, instructing her to contact this writer immediately upon receipt of the letter. To date, the probation department has received no response from STARR and her whereabouts is currently unknown. |

| **I declare under penalty of perjury that the foregoing is true and correct.** **PROBATION OFFICER** s/Eric S. Olmstead/djl 989-894-8827 | **DISTRIBUTION** Court |
|---|---|
| **SUPERVISING PROBATION OFFICER** s/Matthew A. Romeo 989-894-8829 | **PROBATION ROUTING** Data Entry |

| PROB 12C (Rev. 08/18) | **VIOLATION REPORT PART 1: PETITION FOR WARRANT** | **U. S. Probation Office** Eastern District of Michigan | PACTS 5230043 | DATE 11/08/2024 |
|---|---|---|---|---|
| **NAME** STARR, Nicole Lynn | **OFFICER** Eric S. Olmstead | **JUDGE** Shalina D. Kumar | | **DOCKET #** 22-CR-20549-01 |

**THE COURT ORDERS:**

[X ]   The issuance of a warrant

[  ]   Other


        s/Shalina D. Kumar
        United States District Judge

        11/13/2024
        Date